✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:18-MJ-0070-VPC |
| ) | |
| MORGAN TODD RAY ) | Charging District: District of South Dakota |
| Defendant ) | Charging District's Case No. 5:18-cr-50055-01 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Andrew W. Bogue Federal Building and Courthouse | Courtroom No.: 2 |
|---|---|---|
| | 515 Ninth Street, Rapid City, South Dakota 57701 | |
| | Before: The Honorable Daneta Wollmann, USMJ | Date and Time: **Monday, June 18, 2018 at 1:20 PM** |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __Jun 4, 2018__

_____
Judge's signature

Valerie P. Cooke, United States Magistrate Judge
*Printed name and title*